UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-1510 (CEJ) |
| ) | |
| E. HARRIS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on plaintiff's motion to clarify that he intends to name Nurse Jones as a defendant in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff William Grace is an inmate confined at the St. Louis City Justice Center. Plaintiff is HIV positive and requires twice daily administration of three prescribed medications. Plaintiff asserts that failure to take his medication as prescribed may cause his HIV to become drug resistant and less responsive to future treatment. Plaintiff alleges that nurses and doctors at the Justice Center have failed to provide his medication on several occasions, giving rise to his claim of deliberate indifference to his serious medical needs.

Plaintiff did not name Nurse Jones in the caption of his complaint or list her in the section specifically requesting information about defendants. Under "Statement of Claim," however, plaintiff states that on September 10, 2006, Nurse Jones "gave me 2 of my HIV pills and did not give me my AZT or my Zidovudine." Plaintiff's claim sufficiently alleges that Nurse Jones was

deliberately indifferent to a serious medical need and she shall be listed as a defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to clarify [#12] is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall list Nurse Jones as a defendant.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint as to defendant Nurse Jones.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendant Nurse Jones shall respond to the complaint within the time provided by the applicable provisions of Fed.R.Civ.P. 12(a).

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2006.