UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-1510 (CEJ) |
| ) | |
| E. HARRIS, et al., ) | |
| ) | |
| Defendants. ) | |

---

| | |
|---|---|
| WILLIAM GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-1714 (CEJ) |
| ) | |
| ST. LOUIS CITY JUSTICE CENTER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 7, 2006, the Court appointed counsel to represent plaintiff in these two matters and granted counsel additional time to file an amended complaint. On December 22, 2006, counsel filed an amended complaint in Cause No. 4:06CV1510-CEJ, adding as a defendant Eugene Stubblefield, Superintendent of the Division of Corrections for the City of St. Louis. Review of the docket sheet in this case indicates that counsel has not requested the Clerk of Court to issue a summons or a waiver of service of summons for Mr. Stubblefield in this cause of action.

The Court also asked counsel to review the records and determine whether the two cases should be consolidated pursuant to Fed.R.Civ.P. 42(a). Counsel has neither informed the Court of

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

whether this determination has been made nor moved to dismiss Cause No. 4:06CV1714-CEJ pursuant to Rule 41(a). No amended complaint has been filed nor have summonses been issued in Cause No. 4:06CV1714-CEJ.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's counsel, not later than **January 29, 2007**, shall file a motion to consolidate these two cases. Alternatively, counsel may either dismiss or file an amended complaint in Cause No. 4:06CV1714-CEJ.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall request the Clerk of Court to issue all necessary summonses or waivers of service of summons.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com