UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM GRACE,                    )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )       No. 4:06-CV-1510 (CEJ)
                                  )
E. HARRIS, et al.,                )
                                  )
            Defendants.           )

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for hearing on plaintiff's motion for injunctive relief on **Tuesday**, **April 12, 2007**, at **9:30 a.m.**

**IT IS FURTHER ORDERED** that counsel for plaintiff shall promptly file an Application and Order for Writ of Habeas Corpus Ad Testificandum to secure plaintiff's presence at the hearing.

An application form may be obtained from the Clerk of Court or  may be found on the Court's website at:

http://www.moed.uscourts.gov/forms/civil/_civil.html

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2007.